

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

September 24, 2021

<u>VIA ECF</u>
The Honorable John P. Cronan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Olsen v. Behave Foods, Inc.</u>,1:21-cv-05561-JPC

Dear Judge Cronan:

    This firm represents Plaintiff Thomas J. Olsen and we submit this letter on behalf of all parties to advise the Court this matter has been amicably resolved. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) any existing deadlines and conferences be adjourned *sine die,* including Initial Pretrial Conference scheduled for November 1, 2021.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP


    <u>s/ Douglas B. Lipsky</u>
    Douglas B. Lipsky